**Opinion issued June 21, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00243-CV

_____

**COLE BRADSHAW, Appellant**

**V.**

**MP TECHNOLOGIES LLC, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-70124-A**

---

## MEMORANDUM OPINION

The parties, representing that appellant, Cole Bradshaw, no longer wishes to prosecute this appeal, have filed a joint motion to dismiss the appeal with prejudice. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice. *See*
Tex. R. App. P. 42.1(a)(1)(2), (d); 43.2(f). We dismiss all other pending motions as
moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.